IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARRET BAUM,<br><br>  Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>  Defendant. | 8:23CV115<br><br>ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE |

This case is before the Court on the parties' Stipulation of Dismissal with Prejudice. Filing 30. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Baum dismisses his claims in this lawsuit with prejudice, with each party to bear its own costs of court and attorney's fees except as may have been agreed otherwise. Filing 30. Defendant BNSF, by signature of its counsel, stipulates to the dismissal with prejudice. Filing 30. Accordingly,

IT IS ORDERED that the parties' Stipulation of Dismissal with Prejudice, Filing 30, is granted, and this case is dismissed in its entirety with prejudice, with each party to bear its own costs of court and attorney's fees except as may have been agreed otherwise.

Dated this 16th day of May, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1